**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|       Plaintiff, ) | CR11-08204-001-PCT-MEA |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| H.T. Donald, Jr., ) | |
|       Defendant. ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was wavied and detention hearing was held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised probation as set forth in allegations of the petition.

IT IS ORDERED that the defendant shall be released from federal custody.

IT IS FURTHER ORDERED that the defendant is released on the previously ordered probation conditions with the following additions;

1. You shall not drive any motor vehicle

2. You shall submit yourself forthwith to the jurisdiction of the Court in Graham County.

3. You shall contact your attorney by noon Friday of each week.

DATED this 7th day of November, 2013.

_____
Mark E. Aspey
United States Magistrate Judge